| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| RAPOPORT, ARNOLD C. | EASTERN DISTRICT OF PA | 05/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE-ACTIVE STA | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. COURTHOUSE
504 W. HAMILTON ST. SUITE 3401
ALLENTOWN, PA 18101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE | PERPETUAL CHARITABLE TRUST-WACHOVIA BANK NA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAPOPORT, ARNOLD C. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **RAPOPORT, ARNOLD C.** | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNT - EMBASSY BANK | A | Interest | K | T | | | | | |
| 2. COMMON STOCK - EMBASSY BANCORP INC | A | Dividend | L | T | Buy | 01/14/11 | L | | |
| 3. COMMON STOCK - PETROLEO BRAS SA ADS | A | Dividend | | | Sold | 06/29/11 | L | C | |
| 4. CORP BOND - HARLEYSVILLE GP 5 3/4 7/15/13(IRA) | B | Interest | K | T | | | | | |
| 5. PREFERRED STOCK-FIRST REPUBLIC CAP CORP PTD D (IRA) | B | Dividend | K | T | | | | | |
| 6. PREFERRED STOCK-ING GROUP NV 6.2 SER (IRA) | B | Dividend | K | T | | | | | |
| 7. CAP SEC - SATURNS-VZ 6 1/8 12/1/30 (IRA) | A | Interest | | | Sold | 05/17/11 | J | A | |
| 8. CAP SEC - SATURNS-GOODRICH CO 8.00 4/15/38 (IRA) | | None | | | Sold | 05/17/11 | K | A | |
| 9. REAL ESTATE - ALLENTOWN, LEHIGH COUNTY | | None | N | W | | | | | |
| 10. REAL ESTATE - ALLENTOWN, LEHIGH COUNTY, PA | | None | M | W | | | | | |
| 11. PERPETUAL CHARITABLE TRUST, WACHOVIA BANK | | None | P1 | T | | | | | |
| 12. CORP BOND - GMAC 6.875% 10/15/12 (IRA) | C | Interest | K | T | | | | | |
| 13. CORP BOND - GE CAP CORP 5.1% 12/15/12 (IRA) | C | Interest | L | T | | | | | |
| 14. MBNA CAP SER E CU 8.1% 2/15/33 (IRA) | B | Interest | K | T | | | | | |
| 15. COMMON STOCK-ENERPLUS RES RD TR UT NEW | C | Dividend | L | T | | | | | |
| 16. CORP BOND - K HOVNANIAN ENTER 8.88% 4/01/12 (IRA) | | None | | | Sold | 03/15/11 | K | A | |
| 17. CORP BOND - D R HORTON INC 6.88% 5/01/13 (IRA) | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAPOPORT, ARNOLD C. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CORP BOND - SLM CORP SER CPI 6.81% 11/21/13 (IRA) | | None | K | T | | | | | |
| 19. PREF STOCK -MS SPQS (CNX) (IRA) | B | Dividend | K | T | | | | | |
| 20. COMMON STK - SAN JUAN BASIN RTY TR (IRA) | | None | | | Sold | 08/17/11 | J | A | |
| 21. COMMON STK - SPDR GOLD TRUST ETF GLD(IRA) | | None | L | T | Buy (add'l) | 06/15/11 | J | | |
| 22. CD - SALLIE MAE BK CPN 3.05%(IRA) | C | Interest | M | T | | | | | |
| 23. MUTUAL FUNDS - AMANA MUTUAL FDS TR GROWTH FD(IRA) | A | Dividend | L | T | Buy (add'l) | 06/15/11 | J | | |
| 24. MUTUAL FUNDS - MORGAN STANLEY EMERGING MARKETS DOMESTIC(IRA) | C | Dividend | K | T | | | | | |
| 25. CASH ACCOUNT - WELLS GARGO(WACHOVIA SECURITIES) | A | Interest | L | T | | | | | |
| 26. COMMON STK-TECK COMINCO LTD CL B | A | Dividend | K | T | | | | | |
| 27. COMMON STK - VEOLIA ENV SPONS-ADR | A | Dividend | | | Sold | 06/29/11 | J | A | |
| 28. COMMON STK - CIA SANEAMENTO BASICO | | None | L | T | | | | | |
| 29. COMMON STOCK -CPFL ENERGIA SA-ADR | C | Dividend | K | T | | | | | |
| 30. CORP BOND - IMPALA PLATINUM SPON ADR | A | Dividend | | | Sold | 06/29/11 | K | A | |
| 31. COMMON STK - MARKET VECTORS | A | Dividend | | | Sold | 06/13/11 | K | A | |
| 32. COMMON STK - GORMAN RUPP CO-(IRA) | | None | | | Sold | 02/03/11 | K | E | |
| 33. CORP BOND - GMAC CPN 6.75% - (IRA) | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAPOPORT, ARNOLD C. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. MUTUAL FUNDS - TORTOISE ENERGY INFRA | | None | | | Sold | 06/29/11 | K | C | |
| 35. COMMON STK-WHITING PETRO CORP | | None | K | T | | | | | |
| 36. COMMON STK-ISHARES MORNINGSTAR MID CORE INDEX FUND JKG(IRA) | B | Dividend | L | T | Buy (add'l) | 06/15/11 | J | | |
| 37. CD-GE MONEY BANK CD(IRA) | | None | | | Redeemed | 12/12/11 | J | A | |
| 38. COMMON STK - ATLANTIC POWER CORP ATLIF | B | Dividend | K | T | | | | | |
| 39. COMMON STK - MORNINGSTAR MID CORE INDEX FD JKG | A | Dividend | K | T | | | | | |
| 40. COMMON STK - SPDR GOLD TRUST ETF GLD | | None | J | T | | | | | |
| 41. COMMON STK - VALE S A ADR | B | Dividend | | | Sold | 09/30/11 | K | E | |
| 42. MUTUAL FUNDS - AMANA MUTUAL FDS TR GROWTH FD CL A | | None | | | Sold | 06/29/11 | K | C | |
| 43. MUTUAL FUNDS - TORTOISE POWER & ENGERY INFRASTRUCTURE FD INC | B | Dividend | | | Sold | 06/29/11 | K | C | |
| 44. WELLS FARGO MONEY MARKET(TRUST) | A | Interest | N | T | | | | | |
| 45. WELLS FARGO CASH ACCOUNT(TRUST) | | None | J | T | | | | | |
| 46. MUTUAL FUNDS-DODGE & COX INCOME FD(TRUST) | D | Dividend | O | T | | | | | |
| 47. MUTUAL FUNDS-PIMCO FOREIGN BOND FD US DOLLAR(TRUST) | A | Dividend | N | T | | | | | |
| 48. MUTUAL FUNDS-PIONEER HIGH YIELD FD CL Y(TRUST) | C | Dividend | N | T | Buy (add'l) | 11/16/11 | L | | |
| 49. MUTUAL FUNDS-VANGUARD INFLATION-PROTECTED SEC (TRUST) | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAPOPORT, ARNOLD C. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. MUTUAL FUNDS-DREYFUS THE BOSTON CO SM CAP GRWTH (TRUST) | | None | M | T | | | | | |
| 51. MUTUAL FUNDS-GOLDMAN SACHS LARGE CAP VALUE FD-(TRUST) | C | Dividend | N | T | | | | | |
| 52. MUTUAL FUNDS-VANGUARD INSTITUTIONAL INDEX FD(TRUST) | C | Dividend | O | T | | | | | |
| 53. MUTUAL FUNDS-CRM MID CAP VALUE FD INSTL CL(TRUST) | | None | L | T | | | | | |
| 54. MUTUAL FUNDS-WELLS FARGO ADVANTAGE ENTERPRISE FD(TRUST) | | None | M | T | | | | | |
| 55. MUTUAL FUNDS-DELAWARE POOLED TRUST(TRUST) | D | Dividend | M | T | | | | | |
| 56. MUTUAL FUNDS-DODGE & COX INTL STOCK FD(TRUST) | C | Dividend | N | T | | | | | |
| 57. MUTUAL FUNDS-ARTIO INTL EQUITY II-I(TRUST) | D | Dividend | N | T | | | | | |
| 58. MUTUAL FUNDS-SSGA EMERGING MARKETS FUND CL S(TRUST) | | None | N | T | | | | | |
| 59. MUTUAL FUNDS-ISHARES RUSSELL MIDCAP INDEX FD(TRUST) | C | Distribution | M | T | | | | | |
| 60. MUTUAL FUNDS-EII INTERNATIONAL PROPERTY (TRUST) | D | Dividend | M | T | | | | | |
| 61. MUTUAL FUNDS-T ROWE PRICE REAL ESTATE FUND(TRUST) | C | Dividend | N | T | | | | | |
| 62. COMMON STOCK - BANK MONTREAL QUEBEC BMO | A | Dividend | K | T | | | | | |
| 63. COMMON STOCK - VANGUARD INFORMATION TECHNOLOGY ETF VGT | A | Dividend | | | Sold | 01/24/11 | K | C | |
| 64. MUTUAL FUND - INVESCO DEVELOPING FUNDS CL Y | A | Dividend | | | Sold | 06/29/11 | K | D | |
| 65. MUTUAL FUND - FAIRHOLME FDS INC FAIRX | A | Dividend | | | Sold | 06/29/11 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAPOPORT, ARNOLD C. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. MUTUAL FUND - GABELLI UTILITIES FD - CL A | C | Dividend | | | Sold | 06/29/11 | K | D | |
| 67. MUTUAL FUND - PRUDENTIAL GLOBAL REAL ESTATE FUND CL Z(IRA) | A | Dividend | | | Sold | 06/13/11 | J | B | |
| 68. MUTUAL FUND - TEMPLETON FUNDS INCOME TR GLB BD ADVISOR | A | Dividend | J | T | | | | | |
| 69. MUTUAL FUND - VAN ECK GLOBAL HARD ASSETS FD A | A | Dividend | K | T | | | | | |
| 70. MUTUAL FUND - BLACKROCK REAL ASSET EQUITY TR | B | Dividend | K | T | | | | | |
| 71. MUTUAL FUND - ING CLARION GLOBAL REAL ESTATE INCOME FUND | B | Dividend | K | T | | | | | |
| 72. MUTUAL FUND - ING ASIA PACIFIC HIGH DIVIDEND EQUITY INCOME F | B | Dividend | K | T | | | | | |
| 73. COMMON STOCK - FIFTH STREET(IRA) FINANCE CORP | B | Dividend | K | T | | | | | |
| 74. COMMON STOCK - POWERSHARES DB(IRA) | | None | | | Sold | 12/13/11 | L | A | |
| 75. COMMON STOCK - PPL CORPORATION(IRA) | B | Dividend | K | T | | | | | |
| 76. COMMON STOCK - VANGUARD INFORMATION TECHNOLOGY ETF (IRA) | | None | | | Sold | 01/24/11 | L | D | |
| 77. CD - AMER EXP CENTURION BK CD SALT LK CITY UT(IRA) | | None | | | Sold | 05/10/11 | L | A | |
| 78. CD - DISCOVER BK CPN 2.000% DUE 7/21/14 (IRA) | | None | | | Sold | 05/10/11 | K | A | |
| 79. MUTUAL FUND - INVESCO DEVELOPING MARKET FUNDS CL Y(IRA) | A | Dividend | L | T | | | | | |
| 80. MUTUAL FUND - EATON VANCE FLOATING RATE ADVISER SHS(IRA) | C | Dividend | L | T | | | | | |
| 81. MUTUAL FUND - FAIRHOLME FDS INC | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAPOPORT, ARNOLD C. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82. MUTUAL FUND - MAINSTAY FD HIGH YIELD CORP BD FD CL I(IRA) | C | Dividend | L | T | Buy (add'l) | 12/13/11 | K | | |
| 83. MUTUAL FUND - PRUDENTIAL GLOBAL REAL ESTATE FUND CL Z (IRA) | A | Dividend | K | T | | | | | |
| 84. MUTUAL FUND - TEMPLETON FUNDS INCOME TR GLB BD ADVSOR(IRA) | B | Dividend | K | T | | | | | |
| 85. MUTUAL FUND - VAN ECK GLOBAL HARD ASSETS FD A(IRA) | | None | K | T | Buy (add'l) | 06/15/11 | K | | |
| 86. MUTUAL FUND - BLACKROCK CORP HIGH YIELD FD V(IRA) | B | Dividend | K | T | | | | | |
| 87. MUTUAL FUND - HARBOR CAPITAL APRCTION(TRUST) | A | Dividend | N | T | | | | | |
| 88. MUTUAL FUND - PIMCO COMMODITY REAL RET STRAT | D | Dividend | N | T | | | | | |
| 89. MUTUAL FUND - PIMCO EMERG MKTS BD (TRUST) | C | Dividend | M | T | Buy (add'l) | 11/16/11 | N | | |
| 90. MUTUAL FUND - VANGUARD TOTL BD MARKET (TRUST) | C | Dividend | M | T | | | | | |
| 91. MUTUAL FUND - WELLS FARGO ADV SM CP VL FD(TRUST) | | None | M | T | | | | | |
| 92. WELLS FARGO CASH ACCOUNT(IRA) | A | Interest | L | T | Open | 01/01/11 | L | | |
| 93. SANDRIDGE MISSISSIPPIAN TR 1 UNIT BEN INT SDT(IRA) | D | Dividend | L | T | Buy | 04/07/11 | K | | |
| 94. SANDRIDGE PERMIAN TRUST PER(IRA) | C | Dividend | K | T | Buy | 08/17/11 | K | | |
| 95. MUTUAL FUND FIRSTHAND TECHNOLOGY OPPORTUNITIES FUND TEFQX(IR | | None | L | T | Buy | 01/24/11 | L | | |
| 96. MUTUAL FUND JOHN HANCOCK INVT TR GLOBAL OPPTYS FD CLASS 1(IR | A | Dividend | K | T | Buy | 06/15/11 | K | | |
| 97. MUTUAL FUND PRUDENTIAL INVT PORT JENNISON EQUITY INC FUND CL | C | Dividend | L | T | Buy | 05/10/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAPOPORT, ARNOLD C. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 98. PREF FIRST NIAGARA 8.625% PFD FINCL NON CUM FIX TO FIT PERP | C | Dividend | L | T | Buy | 12/13/11 | L | | |
| 99. CORP BONDS GOLDMAN SACHS | | None | L | T | Buy | 11/16/11 | L | | |
| 100. MUTUAL FUND PIMCO LOW DURATION(TRUST) | | None | N | T | Buy | 06/15/11 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAPOPORT, ARNOLD C. | 05/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. PART VII REAL ESTATE INTERESTS ARE ALL LOCATED IN LEHIGH COUNTY.

2. THE REPORTING PARTY HAS NO CURRENT OR FUTURE FINANCIAL INTEREST IN THE ASSETS OF THE PERPETUAL CHARITABLE TRUST LISTED IN PART 1. HOWEVER, THE REPORTING PARTY DOES HAVE THE ABILITY TO CONTROL THE PURCHASE, SALE, OR OTHER DISPOSITION OF THE ASSETS OF THE TRUST.

| Name of Person Reporting | Date of Report |
|---|---|
| RAPOPORT, ARNOLD C. | 05/10/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **ARNOLD C. RAPOPORT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544